UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:  Gail L Smith                                                                    CASE NO. 17-14343
                                                                                                         CHAPTER 13
                            DEBTOR(S)                                                     JUDGE Catherine J. Furay

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mark Harring files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor:  US BANK TRUST NA AS TRUSTEE OF THE
Court Claim #     2                                             Trustee Claim #    2
Account #            8390/ARREARS

**Amount Asserted**  $12,786.37        Amount of Allowed  $12,786.37        **Amount Paid**  $12,786.37

Total Amount Paid by Trustee (including any interest)                                  $12,786.37

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this November 07, 2022.

Gail L Smith                                                             TODD C. BUSS
2461 Arnott Drive                                                  BUSS LAW OFFICE, LLC
Tomahawk, WI 54487                                         301 NORTH THIRD STREET
                                                                              WATERTOWN, WI 53094

US BANK TRUST NA AS TRUSTEE OF THE
C/O SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

Dated:  November 07, 2022                              /s/ Mark Harring
                                                                             Mark Harring, Trustee
                                                                             Standing Chapter 13 Trustee

                                                                             122 W Washington Ave, Suite 500
                                                                             Madison, WI  53703-2758